## U.S. Fish and Wildlife Service
## United States District Court
## Violation Notice

CVB Location Code: SA30

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| W0797639 | THOMAS GRACE, JR. | SA0539 |

W0797639

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☑ USC ☐ State Code |
|---|---|
| 09/27/2014 4:00 PM | 16 USC 704(b)(1); 50 CFR 20.21(i) |

Place of Offense: BALDWIN COUNTY, ALABAMA

Offense Description: Factual Basis for Charge — HAZMAT ☐

Did take migratory game birds by the aid of baiting, or on or over any baited area; to wit, mourning dove.

### DEFENDANT INFORMATION
Phone: (251) 243-5307

| Last Name | First Name | M.I. |
|---|---|---|
| BENGTSON | CHAD | A |

Street Address: 10201 Kelsey Court

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| DAPHNE | AL | 36526 | 05/10/1986 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 7315445 | | AL | -7565 |

☑ Adult ☐ Juvenile  Sex ☑ Male ☐ Female
Hair: BRO  Eyes: GRN  Height: 602  Weight: 205

### VEHICLE  VIN:  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 250 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 275 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: CENTRAL VIOLATIONS BUREAU: 1-800-827-2982

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 27, 2014 while exercising my duties as a law enforcement officer in the SOUTHERN District of ALABAMA

On 09/27/14, while exercising their duties as law enforcement officers in the Southern District of Alabama, Alabama Conservation Enforcement Officers (CEO) Thad Holmes and CEO Kevin Hill apprehended 11 subjects hunting mourning dove on a field in Baldwin County, Alabama. CEO Hill and CEO Holmes inspection of the field indicated that cracked corn was evenly distributed over a large area; a small amount of cracked corn was in and around troughs for feeding cattle. Cracked corn was distributed on the ground evenly as if spread with a mechanical spreader, also cracked corn was distributed in the peanut field adjacent to the pasture, an area where the cattle had no access. The cracked corn was distributed approximately 15 feet into the field where the cattle had no access. At the time CEOs arrived at the field the cattle were locked out of the pasture where the cracked corn was located. Chad A. BENGTSON was one of the 11 subjects hunting the dove field. On 09/27/14, Chad A. BENGTSON did unlawfully take migratory game birds, to wit; mourning dove, on or over an area baited with cracked corn, in violation of the Migratory Bird Treaty Act, 16 USC 704(b)(1), 50 CFR 20.21(i).

The foregoing statement is based upon:

☐ my personal observation   ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/25/2014 _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge